Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENNETT HASELTON,<br><br>                     Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, WASHINGTON, SCOTT LAPIERRE, individually and in his official capacity as police officer for the Seattle Police Department, JAMISON MAEHLER, individually and in his official capacity as police officer for the Seattle Police Department, JOSHUA ZIEMER, individually and in his official capacity as Sargent for the Seattle Police Department, SANDRO FLEMING, individually and in his official capacity as police officer for the Seattle Police Department, SHAWN ROSS, individually and in his official capacity as police officer for the Seattle Police Department, JOSH GINTER, individually and in his official capacity as police officer for the Seattle Police Department, and CONNOR HAZELWOOD, individually and in his official capacity as police officer for the Seattle Police Department<br>                     Defendants. | No.    2:23-cv-00706 BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

      The Court having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT - 1
(2:23-cv-00706)

Ann Davison
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

1  The Stipulated Motion to Extend Time to Respond to Plaintiff's Motion for Partial Summary

2  Judgment is GRANTED. Defendants' Response to Plaintiff's Motion for Partial Summary Judgment

3  shall be filed by July 21, 2023.

4  DATED this 17th day of July, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

9  DATED this 17th day of July, 2023.

ANN DAVISON
Seattle City Attorney

By: /s/Dallas LePierre
Dallas LePierre, WSBA# 47391
Alexandra Nica, WSBA# 58299
Assistant City Attorneys

E-mail: Dallas.LePierre@seattle.gov
E-mail: Alexandra.Nica@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorneys for Defendants City of Seattle, Scott LaPierre, Jamison Maehler, Joshua Ziemer, Sandro Fleming, Shawn Ross, Josh Ginter, And Connor Hazelwood*

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 2
(2:23-cv-00706)

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200